No. 245. A. R. MCCULLOUGH ET AL., COPARTNERS, ETC., *v.* OLAF ANTON JANSON. Error to the Circuit Court of Appeals for the Ninth Circuit. March 2, 1925. Dis-

missed with costs, on motion of Mr. O. P. Stidger and Mr. J. Hampton Hodge for plaintiffs in error. No appearance for defendant in error.